

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2015

No. 04-14-00564-CV

**IN THE ESTATE OF WADE R. BEDELL, JR., DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-0636
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellant's first unopposed motion for extension of time to file reply brief is hereby GRANTED. Appellant's reply brief is due on or before July 20, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court